UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY JACKSON, | CASE NO. 2:25-cv-01125-JHC |
| Plaintiff, | ORDER |
| v. | |
| TRANS UNION LLC, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Compel Discovery Responses from Defendant Trans Union, LLC.  Dkt. # 20.  Based on the representations in Defendant's response brief at Dkt. # 21, and the lack of a reply by Plaintiff, it appears that this discovery dispute may have been resolved.  Thus, the Court DENIES the motion without prejudice.  If any issue raised in the motion remains unresolved, the parties may contact the Court for a telephonic conference regarding the same and whether sanctions should be imposed on either party.

//

//

//

//

ORDER - 1

Dated this 13th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2