UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASEY JACKSON,

                Plaintiff,

     v.

TRANS UNION, LLC,

                Defendant.

CASE NO. 2:25-cv-01125-JHC

**ORDER**

Before the Court is Plaintiff's motion to dismiss the complaint with prejudice.  Dkt. # 24.

The Court GRANTS the motion and DISMISSES this matter with prejudice.

DATED this 8th day of April, 2026.

_____
John. H. Chun
United States District Judge

ORDER
 CASE NUMBER – 2:25-CV-01125-JHC